IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW NATHANIEL BINGHAM, | : | Civil No. 3:23-cv-1357 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SHAWN HARNER, BERNARD WOJCIECHOWSKI, CHRIS GORKI, JUSTIN GIBBONS, LIEUTENANT DAVIS, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 5th day of March, 2024, upon consideration of Defendants' motion (Doc. 11) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 11) is **GRANTED in part** and **DENIED in part**.

2. The motion to dismiss the excessive force claim against Defendants Harner, Wojciechowski, and Gorki is **DENIED.**

3. Defendants Harner, Wojciechowski, and Gorki shall **FILE** an answer in accordance with the Federal Rules of Civil Procedure.

4. The Eighth Amendment failure to intervene claim is **DISMISSED** without prejudice and with leave to amend. On or before March 19, 2024, Plaintiff may file an amendment only with respect to this Eighth Amendment failure to intervene claim against Defendants Davis and Gibbons.

5. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                Robert D. Mariani
                                                United States District Judge