IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW NATHANIEL BINGHAM II, | : Civ. No. 3:23-CV-1357 <br> : <br> : |
| Plaintiff | : <br> : |
| v. | : (Chief Magistrate Judge Bloom) <br> : |
| SHAWN HARNER, et al., | : <br> : |
| Defendants. | : |

## ORDER

AND NOW, this 25th day of July 2025, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss, or alternatively for summary judgment (Doc. 53) is GRANTED. The plaintiff's third amended complaint is DISMISSED WITH PREJUDICE for failure to exhaust his administrative remedies. The Clerk of Court shall close this case.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge